IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IVORY LEE ARNOLD,

    Petitioner,

v.   CASE NO. 4:05-cv-00239-MP-AK

STATE OF FLORIDA,

    Respondent.

_____/

**O R D E R**

This matter is before the Court on Doc. 6, Report and Recommendation of Magistrate Judge Kornblum, recommending that Defendant's Petition for Writ of Habeas Corpus be dismissed as an unauthorized second or successive petition. The Magistrate Judge filed the Report and Recommendation Tuesday, July 19, 2005. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were made. In fact, Defendant even admits that the Magistrate's finding is correct in his Reply to the Magistrate's Report and Recommendations, Doc. 7, and further goes on to apologize for any inconvenience his error may have caused. Therefore, having considered the Report and Recommendation, I have determined that the Report and Recommendation should be ADOPTED.

    **ORDERED AND ADJUDGED:**

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.  Defendant's petition for writ of habeas corpus, Doc. 1, is SUMMARILY DISMISSED AS AN UNAUTHORIZED OR SUCCESSIVE PETITION.

**DONE AND ORDERED** this   *18th* day of August, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge